No. 1161. BURNETT v. CITY OF HOUSTON. Sup. Ct. Tex. Certiorari denied. *Walter Carr* for petitioner. *Homer T. Bouldin* for respondent.

No. 1199. DEEP WELDING, INC. v. SCIAKY BROS., INC. C. A. 7th Cir. Certiorari denied. *Frederick Bernays Wiener, William D. Hall,* and *Elliott I. Pollock* for petitioner. *Edmund C. Rogers* for respondent.

No. 1213. UNITED BONDING INSURANCE CO. v. NORFOLK DREDGING CO. ET AL. C. A. 5th Cir. Certiorari denied. *Erik J. Blomqvist, Jr.,* for petitioner.

No. 1214. DELEO v. UNITED STATES. C. A. 1st Cir. Certiorari denied. *Paul T. Smith* for petitioner. *Solicitor General Griswold* for the United States.

No. 1219. GIORDANO v. UNITED STATES ET AL. C. A. 8th Cir. Certiorari denied. *Irl B. Baris* for petitioner. *Solicitor General Griswold, Assistant Attorney General Walters, Joseph M. Howard,* and *John P. Burke* for the United States et al.

No. 1227. INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL No. 12, ET AL. v. FAIR EMPLOYMENT PRACTICE COMMISSION OF CALIFORNIA ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied. *Jerry J. Williams* for petitioners. *Thomas C. Lynch,* Attorney General of California, and *Robert H. O'Brien* and *Andrea Sheridan Ordin,* Deputy Attorneys General, for respondent Fair Employment Practice Commission of California.